In the Interest of A.J.S., Plaintiff.

Juvenile Officer, Respondent,

v.

M.A.S. (Biological Mother) and G.A.S. (Biological Father), Appellants.

Nos. WD 65768, WD 66270.

Missouri Court of Appeals, Western District.

July 25, 2006.

John A. Lozano, Esq., Harrisonville, MO, for Appellant, M.A.S.

Cathelene L. Winger, Esq., Harrisonville, MO, for Respondent.

James E. Hoke, Esq., and Guardian, Harrisonville, MO, for Plaintiff A.J.S.

Jeffrey L. Cox, Esq., Raymore, MO, for Appellant, G.A.S.

Before HOWARD, C.J., ELLIS and HARDWICK, JJ.

### ORDER

PER CURIAM.

M.A.S. and G.A.S. appeal from the judgment terminating parental rights to their minor child, A.J.S. Appellants contend the evidence is insufficient to support the termination on grounds of neglect and fail-

ure to rectify conditions of a potentially harmful nature.

Upon review of the briefs and the record, we find no error and affirm the trial court's judgment. Because a published opinion would have no precedential value, we have provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 84.16(b).